# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 531 - ALL | **DATE** | 7/8/2008 |
| **CASE TITLE** | | United States of America vs. Ingram, et al. | |

**DOCKET ENTRY TEXT**

Government's ex parte motion to seal complaint, affidavit, and arrest warrants is granted until arrest of any defendant named or until further order of this Court.

■ [ For further detail see separate order(s).]   No notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|