UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. **08 CR    531** |
| | ) | |
| LORENZO F. INGRAM, aka "D," aka "Trump," | ) | Magistrate Judge Jeffrey Cole |
| MARTEL O. JACKSON, aka "O'Shea," | ) | |
| aka "Cheetah," | ) | |
| ANTOINE JACKSON, aka "Red," | ) | |
| CRYSTAL R. JACKSON, and | ) | |
| CHRISTOPHER A. MOSBY, aka "BO" | ) | |

## ORDER

The UNITED STATES OF AMERICA by its attorney, PATRICK J. FITZGERALD, United

States Attorney for the Northern District of Illinois, having moved this Court to seal the Complaint,

Affidavit, and Arrest Warrants in this matter. Having demonstrated good cause in support of its

motion, specifically, that public filing of the Complaint, Affidavit, and Arrest Warrants would

jeopardize the government's investigation,

IT IS HEREBY ORDERED THAT the Complaint, Affidavit, and Arrest Warrants, as well

as the Motion and Order to Seal, be sealed until the arrest of any one of the defendants named above

or until further order of this Court, except that copies of the arrest warrants shall be provided to law

enforcement in order to execute the arrest of the defendants.

ENTER:

JEFFREY COLE
United States Magistrate Judge

DATE: July 8, 2008