# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 531 - ALL | **DATE** | 7/8/2008 |
| **CASE TITLE** | United States of America vs. Ingram, et al. | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to all defendants.

No notices.

| | |
|---|---|
| Courtroom Deputy Initials: | CDH |