UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   08 CR 531 |
| | ) | MAGISTRATE JUDGE |
| LORENZO INGRAM | ) | JEFFREY COLE |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

    Name:          Lorenzo Ingram
    Date of Birth:
    Sex:
    Race:
    Prisoner No.:

has been and now is, in due form and process of law, detained in the following institution:

Illinois Department of Corrections.

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with violations of Title 21, United States Code, Section 846, and is now wanted in such division and district on July 16, 2008 at 10:00 a.m. for initial appearance before Magistrate Judge Jeffrey Cole Courtroom 1838.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL | WARDEN |
| Northern District of Illinois | Danville Correctional Center |
| 219 S. Dearborn | 3820 E. Main St. |
| Chicago, Illinois | Danville, IL 61834 |

commanding them to produce the body of the prisoner before this Court at the specified time and date, and that the prisoner shall be so produced pursuant to the Writ, and that when these proceedings have been so terminated, that Lorenzo Ingram be returned forthwith to said institution from which he was brought.

                                            Respectfully submitted,

                                            PATRICK J. FITZGERALD
                                            United States Attorney

By: _____
          LELA D. JOHNSON
          Assistant U. S. Attorney