## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 531 - 1, 3, 5 | **DATE** | 7/16/2008 |
| **CASE TITLE** | USA vs. Lorenzon Ingram, Antoine Jackson and Christopher Mosby | | |

**DOCKET ENTRY TEXT**

Government's motion for a protective order is granted.   Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|