# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
Rev 5/98

IN UNITED STATES ☐ MAGISTRATE ☑ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA v.s. Lorenzo Ingram

FOR: 7-16-08 — JUL 16 2008

AT: MAGISTRATE JUDGE JEFFREY COLE, UNITED STATES DISTRICT COURT

**FILED** JUL 16 2008

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): Lorenzo Ingram

1. ☑ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
- Magistrate: 
- District Court: 08cr531-1
- Court of Appeals: 

CHARGE OFFENSE (describe if applicable & check box): 21 U.S.C. Sect 846 ☑ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☐ Yes ☑ No ☐ Am Self-Employed

Name and address of employer: Mr. Ingram is serving a state sentence.

IF YES, how much do you earn per month? $ 0

IF NO, give month and year of last employment — How much did you earn per month? $ 

If married is your Spouse employed? ☐ Yes ☑ No

IF YES, how much does your Spouse earn per month? $ 

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ 

**ASSETS**

OTHER INCOME — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ 0

CASH — Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No  IF YES, state total amount $ 

PROPERTY — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT — VALUE: 0   DESCRIPTION: 

**DEPENDENTS** — MARITAL STATUS:
- ___ SINGLE
- ___ MARRIED
- ___ WIDOWED
- ___ SEPARATED OR DIVORCED

Total No. of Dependents: 

List persons you actually support and your relationship to them: 

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME: 

| Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): July 16, 2008

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Lorenzo Ingram