# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 531 (1-5) (All) | **DATE** | 7/24/2008 |
| **CASE TITLE** | USA vs. Ingram, et al. | | |

**DOCKET ENTRY TEXT**

Preliminary examination hearing is reset to 8/7/08 at 12:30 p.m. at the request of all defendants. See further content of order below.

■[ For further details see text below.]   Docketing to mail notices.

00:15

## STATEMENT

It is further ordered that : 1) Pursuant to 18 U.S.C. §3142(f), that Lorenzo Ingram, Martel Jackson, Antoine Jackson and Christopher Mosby are, until further order of court, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting of serving sentences or being held in custody pending appeal; and 3) Upon order of the United States District Court or on request of an attorney of the government, the Warden of the correctional facility in which defendant is confined shall deliver defendant to a United States Marshal for the purpose of appearance in connection with a court proceeding.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|