## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 531 | **DATE** | 7/28/2008 |
| **CASE TITLE** | USA vs. Lorenzo Ingram et al | | |

**DOCKET ENTRY TEXT**

The United States' unopposed motion to exclude time pursuant to Title 18 U.S.C. §3161 [41] is granted. ENTER ORDER: It is hereby ordered that the time within which to file an indictment or information against the defendants be extended to and including September 21, 2008.
X-T

■ [ For further detail see separate order(s).]　　　　Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|