Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHW

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 531-1 | **DATE** | 8/7/2008 |
| **CASE TITLE** | United States of America vs. Lorenzo Ingram | | |

**DOCKET ENTRY TEXT**

Defendant Lorenzo Ingram waives preliminary examination hearing. Defendant is ordered detained and bound to the District Court for further proceedings.

Docketing to mail notices.

00:05

2008 AUG 11 AM 9:07
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | CDH |
|---|---|---|